172 A.3d 1085

MARIE OLSSON, PLAINTIFF–RESPONDENT, v. RICHARD OLS-SON, DEFENDANT–PETITIONER. MARIE CONNORS, F/K/A MARIE OLSSON, PLAINTIFF, v. RICHARD OLSSON, DEFEN-DANT–PETITIONER.

C–276 September Term 2017
079499

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1707/3559–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

172 A.3d 1085

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. NATHAN CRAFT, DEFENDANT–PETITIONER.

C–290 September Term 2017
079508

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001219–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.